UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COURTNEY JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-cv-04615-JMS-DML ) |
| ASSOCIATED RESTAURANTS INC., et al. | ) ) |
| Defendants. | ) |

## Report and Recommendation to Dismiss Complaint

On August 31, 2018, the court granted the defendants' motion to compel and ordered the plaintiff, Mr. Jones, to answer the defendants' interrogatories and requests for production of documents by September 12, 2018 (Dkt. 43). In that order, the court warned Mr. Jones that "if he fails to comply with this order and to participate in discovery, he is subject to sanctions, which may include the dismissal of his claims."

On September 19, 2018, Mr. Jones failed to appear for a status conference with the Magistrate Judge. The court issued its order to show cause (Dkt. 44) requiring Mr. Jones to show cause, in writing, by October 1, 2018, why sanctions, including dismissal, should not be ordered for his failure to comply with the court's order to participate in the conference. As of the date of this order, Mr. Jones has not responded to the order to show cause.

Because of the plaintiff's failure to comply with the court's orders and the Federal Rules of Civil Procedure, the Magistrate Judge recommends to the District Judge that his complaint be DISMISSED WITH PREJUDICE.

Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

IT IS SO RECOMMENDED.

Date: 10/12/2018

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

COURTNEY JONES
12721 White Rock Ct.
Indianapolis, IN 46250