UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COURTNEY JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-cv-04615-JMS-DML ) |
| ASSOCIATED RESTAURANTS INC., *d/b/a Happy Chicken*, and CLAUDE ANDERSON, | ) ) ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 12, 2018, the Magistrate Judge submitted her Report and Recommendation to Dismiss Complaint, in which she recommended that the Court dismiss Plaintiff Courtney Jones' Complaint with prejudice for failure to comply with the Magistrate Judge's orders and the Federal Rules of Civil Procedure. [Filing No. 45.] The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections, and none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation, [Filing No. 45], and **DISMISSES** this case **WITH PREJUDICE**. Final judgment will enter accordingly.

Date: 11/13/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution via United States Mail to:**

Courtney Jones
12721 White Rock Ct.
Indianapolis, IN 46250

**Distribution via ECF only to all counsel of record**